IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARK H. DEAN, AS TRUSTEE OF THE CT RE 2019 TRUST | : | NO. 3:20-CV-01212(KAD) |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| PATRICK L. CARROLL III, CHIEF COURT ADMINSTRATOR STATE OF CONNECTICUT | : | |
| *Defendant*. | : | SEPTEMBER 3, 2020 |

## **DEFENDANT'S FIRST MOTION TO EXTEND TIME TO ANSWER**

Pursuant to Local Rule 7(b), Defendant Patrick L. Carroll, Chief Court Administrator of the Connecticut Judicial Branch, through his undersigned counsel, respectfully requests an extension of the deadline to file an answer by fourteen days, to September 25, 2020. Defendant's answer is currently due September 11, 2020. Plaintiff's counsel has consented to the Defendant's request to extend the deadline by fourteen days, but reserves the right to amend the complaint, if necessary, with the Defendant having fourteen days from any such amended complaint to respond.

The Defendant requests this extension because there is a status conference before the Superior Court in the foreclosure action underlying this federal complaint, *Dean v. Fotis Dulos*, HHD-CV19-6116846-S, scheduled for September 17, 2020, one week after the current deadline to answer the Complaint in the case before this Court. The purpose of the status conference, as stated in the Plaintiff's case flow request, is to "discuss resolution of the renewed Motion for Judgment of

1

Strict Foreclosure and Memorandum regarding same." Disposition of that motion is the ultimate relief that underlies the Plaintiff's mandamus claim in this Court. Although undersigned counsel does not have insight as to the outcome of the pending status conference, delaying an answer until after the conference has occurred may obviate the need for any further proceedings in this case or, at the least, provide additional information regarding the facts underlying this case. If the latter occurs, Plaintiff's counsel has indicated that he has reserved the right to amend the Complaint. Extending the answer deadline until after the September 17 status conference, therefore, will allow the Defendant to answer a single, operative complaint.

The undersigned counsel also requires additional time to consult with her client regarding the response to the Complaint. Undersigned counsel has been required to work on several election matters and other matters on an expedited basis since Governor Lamont declared a health crisis in March 2020. *See generally*, Governor Lamont's Executive Orders 7-7OOO, available at https://portal.ct.gov/Office-of-the-Governor/Governors-Actions/Executive-Orders/Governor-Lamonts-Executive-Orders?page=1 (last viewed September 3, 2020). Those matters include counsel having been assigned to represent the defendants in *Libertarian Party of Connecticut v. Lamont,* No. 3:20-cv-00467 (JCH), which remains pending in this District Court and also has resulted in an expedited interlocutory appeal to the Second Circuit, *Libertarian Party of CT v. Lamont*, No. 20-2179, in which the defendants brief was due, and filed, on September 3, 2020.

Counsel also has been assigned to represent the state in another election matter, *Gottlieb v. Lamont*, No. 3:20-cv-00623 (JCH), for which an answer is due on October 16, 2020. Undersigned counsel is also representing the state in in several matters in the Connecticut Superior Court challenging various orders of the Governor in response to COVID-19, including *Casey v. Lamont*, No. NNH-CV-20-6104604-S, which is scheduled for argument on the merits on September 8, 2020.

Moreover, undersigned counsel also has had to file briefs in other matters pending before the district court, including *Hartford Courant v. Carroll*, No. 3:19-cv-01951 (MPS). Undersigned counsel is also representing the defendants in that case in an interlocutory appeal currently pending in the Second Circuit, *Hartford Courant c. Carroll*, No. 20-2744.

Defendant respectfully submits that the foregoing establishes sufficient good cause to grant the requested extension of the Answer deadline. Moreover, extending the deadline will not materially impact the management of this case or cause prejudice to any party or the Court.

For the foregoing reasons, the Defendant requests that the deadline to file the Answer in this case be extended to September 25, 2020 and, if Plaintiff files an Amended Complaint, that the Defendant be given fourteen days from that filing to respond.

        Respectfully submitted,

        DEFENDANT

        PATRICK L. CARROLL III.

        WILLIAM TONG
        ATTORNEY GENERAL


BY: */s/ Alma Rose Nunley*
     Alma Rose Nunley (ct30610)
     Assistant Attorney General
     Attorney General's Office
     165 Capital Avenue
     Hartford, CT 06106
     860-808-5020 (phone)
     860-808-5347 (fax)
     Alma.Nunley@ct.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2020, a copy of the foregoing was electronically filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Alma Rose Nunley*
Alma Rose Nunley
Assistant Attorney General
