UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARK H. DEAN, AS TRUSTEE : <br> OF THE CT RE 2019 TRUST : <br> : <br> Plaintiff, : <br> : <br> V. : <br> : <br> PATRICK L. CARROLL, III, : <br> CHIEF COURT ADMINISTRATOR, : <br> STATE OF CONNECTICUT : <br> : <br> Defendant. : | CIVIL ACTION NO. <br><br> 3:20CV01212 (KAD) <br><br><br><br><br><br><br><br><br><br> SEPTEMBER 21, 2020 |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to F.R.C.P. 41a, the plaintiff in the above-entitled matter hereby gives notice of the voluntary dismissal of this matter, as on Friday, September 18, 2020, the Honorable Judge Cesar Noble entered judgment of foreclosure concerning the subject property that was the gravamen of the pending complaint.

PLAINTIFF,

By /s/Richard P. Weinstein
Richard P. Weinstein, Esquire
WEINSTEIN & WISSER, P.C.
29 South Main Street, Suite 207
West Hartford, CT 06107
Telephone: 860-561-2628
Email: rpw@weinsteinwisser.com
Federal Bar No. ct06215

**CERTIFICATION**

I hereby certify that on this 21st day of September, 2020, a copy of the foregoing was filed electronically and served by mail upon anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                          /s/Richard P. Weinstein_____
                                          Richard P. Weinstein